**PARKER LAW FIRM, P.L.C.**
ATTORNEYS AT LAW
1204 East Baseline Road, Suite 206, Tempe, Arizona 85283
Telephone: (602) 257-8100 ♦ Facsimile: (602) 257-8110
John D. Parker, II, #015955
jparker@ptlaw.net
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

JOSHUA MICHAEL PERRI,

    Plaintiff,

v.

DIV. ADJ. SERV., ARIZONA PUBLIC SERVICE,

    Defendant.

No. _____

**NOTICE OF REMOVAL**

    Pursuant to 28 U.S.C. §§1331, 1337 and 1446(a), and LRCiv 3.6, Rules of Practice of the United States District Court for the District of Arizona, Defendant files this Notice of Removal in the above captioned matter, and states in support of this Notice of Removal:

1.     This action was filed originally in the Globe Regional Justice Court, Gila County, Arizona, on or about May 3, 2018, Case No. CC2018-000239 ("State Court Action").

2.     In accordance with 28 U.S.C. § 1446(a) and LRCiv 3.6(b), the undersigned, counsel for Defendant, hereby verifies that true and complete copies of all pleadings and other documents filed in the State court proceeding are filed herewith.

3.     On May 18, 2018, Defendant through its statutory agent was served with the Complaint brought by Plaintiff.

4.     Plaintiff's claims in the State Court Action are "defamation," "negligent enablement of identity fraud" and "violation of the Fair Credit Act." Defendant presumes count three of the State Court Action was brought under the Fair Credit *Reporting* Act, 15 U.S.C. § 1681 et. seq. ("FCRA"), which is a Federal statute.

5. This court has original jurisdiction over Plaintiff's FCRA claim pursuant to 28 U.S.C. § 1331 (Federal question) and pendent or supplemental jurisdiction over Plaintiff's remaining claims, pursuant to 28 U.S.C. § 1337 and *United Mine Workers of America v. Gibbs*, 383 U.S. 715 (1966) because (1) the alleged violation of FCRA is a federal claim (whether from the Constitution, federal statute, or treaty) and (2) the non-federal claims arise "from a common nucleus of operative fact" such that a plaintiff "would ordinarily be expected to try them in one judicial proceeding."

6. Pursuant to 28 U.S.C. § 1446(d) and LRCiv 3.6(a), a copy of this Notice of Removal has been filed with the Clerk of the Gila County Justice Court.

7. Pursuant to 28 U.S.C. § 1446(d), promptly after the filing of this Notice of Removal, Defendant shall give written notice thereof to Plaintiff.

DATED this 23nd day of May, 2018.

PARKER LAW FIRM, P.L.C.

By: _____
John D. Parker, II
1204 East Baseline Road, Suite 206
Tempe, Arizona 85283
*Attorneys for Defendant*

Filed electronically this 23rd day
of May, 2018 at ecf.azb.uscourts.gov

COPIES of the foregoing mailed
this 23rd day of May, 2018 to:

Joshua Michael Perri
P.O. Box 452
Claypool, Arizona 85532
*Plaintiff in proper*

By: _____

2